

**HEPWORTH, GERSHBAUM & ROTH, PLLC.**
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

January 22, 2021

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Toramall, et. al. v. Manhattan Construction Group LLC., et al.*
       Case No.: 1:18-cv-01062-PGG-GWG

Dear Judge Gardephe:

  Plaintiffs write in connection with this Court's January 6, 2021 Order, requiring Plaintiffs to file their motion for summary judgment by January 26, 2021. The lead attorney on this file, Charles Gershbaum has had a death in the family and Plaintiffs respectfully request a two- and half-week extension of the aforementioned deadline.

  Plaintiffs contacted Defendant today who has not yet responded as to whether or not he consents to the instant application. Plaintiffs thank the Court for its time in connection with this matter. Please do not hesitate to contact the undersigned with questions.

              Regards,
              *s/ Rebecca Predovan*
              Rebecca Predovan, Esq.

  Cc: Dewey Fattorusso *(via Email:* dfatts13@yahoo.com)

MEMO ENDORSED

The application is granted. The following dates deadlines apply to Plaintiffs' motion for summary judgment:
Plaintiffs' motion is due February 12, 2021;
Defendant's opposition is due March 3, 2021;
Plaintiffs' reply is due March 12, 2021.

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge

January 25, 2021