

# HEPWORTH, GERSHBAUM & ROTH, PLLC.
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

February 11, 2021

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Toramall, et. al. v. Manhattan Construction Group LLC., et al.*
              Case No.: 1:18-cv-01062-PGG-GWG

Dear Judge Gardephe:

    Plaintiffs write in connection with this Court's Order, requiring Plaintiffs to file their motion for summary judgment by February 12, 2021. As the Court is aware, the lead attorney on this file, Charles Gershbaum had a death in his family and Plaintiffs' deadline to file a motion for summary judgement was extended until February 12, 2021. Plaintiffs request an additional week and a half extension, making the motion due on **February 24, 2021**. This will allow Plaintiffs time to work with their clients in finalizing additional materials to be submitted in support of their motion.

    Plaintiffs contacted Defendant today who has not yet responded as to whether or not he consents to the instant application. Plaintiffs thank the Court for its time in connection with this matter. Please do not hesitate to contact the undersigned with questions.

                                    Regards,
                                    *s/ Rebecca Predovan*
                                    Rebecca Predovan, Esq.

Cc:   Dewey Fattorusso *(via Email:* dfatts13@yahoo.com)

MEMO ENDORSED
Plaintiffs' request is denied as moot in light of their filing the motion for summary judgment (Dkt. No. 76). Defendant's opposition is due March 3, 2021; Plaintiffs' reply is due March 12, 2021. A copy of this order will be mailed to Defendant.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

February 16, 2021