**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SUNIL TORAMALL, et al.,

                Plaintiffs,

                                                18 **CIVIL** 1062 (PGG) (GWG)

        -against-                              **<u>DEFAULT JUDGMENT</u>**

MANHATTAN CONSTRUCTION GROUP LLC,
LV CONSTRUCTION SERVICES LLC, and
DEWEY FATTORUSSO,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated September 30, 2021, the R&R is adopted in its entirety and Plaintiffs are awarded the following amounts: Sunil Toramall: $47,559.16; Dante Decapua: $48,907.80; Samuel Decapua: $60,732.22; Anthony Morrow: $13,693.50; Ryan Costa: $47,051.56; Phillip Frieson: $9,776.26, Jose Mota: $29,330.62 and Annamarie Beaulieu, as administrator of the Estate of Brian Beaulieu: $23,174.56. (R&R (Dkt. No. 84) at 16). Fattorusso's liability is joint and several with the Corporate Defendants, and that Plaintiffs are not entitled to duplicate recovery from Fattorusso and the Corporate Defendants

**DATED**: New York, New York
            September 30, 2021

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                                                   BY: _____
                                                              **Deputy Clerk**